HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>       Plaintiff,                               )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>DESARAE GRANILLO,                   )<br>                                                       )<br>       Defendant.                           )<br>                                                       )<br>_____) | Case No. 1:15-CR-00317 LJO-SKO<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Desarae Granillo, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel. Our office has a conflict.

On September 26, 2016, Ms. Granillo was sentenced 60 months in custody and 48 months of supervised release. Ms. Granillo was released on August 5, 2019 and currently completing her supervised release. Ms. Granillo has been encouraged by probation to seek early termination of supervised release and requires counsel.

The attached Financial Affidavit is submitted as evidence of Ms. Granillo's financial inability to retain counsel. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED: October 15, 2020       */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain Counsel, the Court hereby appoints CJA Panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **October 15, 2020**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE