# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> DESARAE GRANILLO, <br><br> Defendant. | Case No. 1:15-CR-00317-NONE <br><br> **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant DESARAE GRANILLO's unopposed motion for early termination of her 48-month term of supervised release filed October 29, 2020 (Doc. No. 79) is granted and her term of supervised release is hereby terminated.

IT IS SO ORDERED.

Dated: __November 24, 2020__  _____
UNITED STATES DISTRICT JUDGE